IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALLERGAN HOLDINGS UNLIMITED COMPANY, ABBVIE INC., ABBVIE US LLC, and EDEN BIODESIGN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | Civil Action No. 23-794-RGA<br>(CONSOLIDATED) |

MEMORANDUM ORDER

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' "Motion to Dismiss Sun's Third Amended Counterclaim Pursuant to Rule 12(b)(6) and to Strike Sun's Seventh and Eighth Amended Affirmative Defenses Pursuant to Rule 12(f)" (D.I. 27) is GRANTED.

IT IS SO ORDERED.

Entered this 17th day of July, 2024

/s/ Richard G. Andrews
United States District Judge